United States District Court
Southern District of Texas
**ENTERED**
January 09, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ALI EKHLASSI, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-17-1257 |
| § | |
| NATIONAL LLOYDS INSURANCE CO. § | |
| and AUTO CLUB INDEMNITY CO., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons set forth in the accompanying Memorandum and Opinion, National Lloyds' motion for summary judgment, (Docket Entry No. 18), is granted.  This case is dismissed, with prejudice.

SIGNED on January 9, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge